UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:09-cr-1-T-33TBM

KLARA HORVATH
_____/

**FORFEITURE MONEY JUDGMENT**

This cause comes before the Court pursuant to the Government's Motion for the Entry of a Forfeiture Money Judgment (Doc. # 20), which was filed on June 16, 2009. Being fully advised in the premises, the Court finds that as a result of her participation in the conspiracy to commit mail fraud and wire fraud offenses, contrary to the provisions of 18 U.S.C. §§ 1341 and 1343, in violation of 18 U.S.C. § 371, as charged in count one of the Information, for which the defendant has been found guilty, Klara Horvath obtained proceeds totaling $770,000 USD. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Government's Motion for the Entry of a Forfeiture Money Judgment (Doc. # 20) is **GRANTED.**

(2) Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Klara Horvath is liable for a forfeiture money judgment in the amount of $770,000 USD, which represents the amount of

proceeds the defendant obtained as a result of the mail and wire fraud conspiracy charged in count one of the Information.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of June 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record